CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 07 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| MAXINE CAMPBELL BREEDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 5:11cv00110 |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | By: Michael F. Urbanski |
| Commissioner of Social Security, ) | United States District Judge |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** and **ADJUDGED** that the plaintiff's motion for summary judgment (Docket # 9) is **GRANTED**, that the Commissioner's motion for summary judgment (Docket # 11) is **DENIED**, that the this case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration consistent with the accompanying Memorandum Opinion, and that this matter is **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

Entered: March 7, 2013.

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge